Donald R. Cassling

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CORBEILLE, CURTIS P | § | Case No. 09-29951 DRC |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under chapter    of the United States Bankruptcy Code was filed on    .  The undersigned trustee was appointed on    .

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4.  The trustee realized gross receipts of    $

        Funds were disbursed in the following amounts:

        Payments made under an interim disbursement

        Administrative expenses

        Bank service fees

        Other payments to creditors

        Non-estate funds paid to 3rd Parties

        Exemptions paid to the debtor

        Other payments to the debtor

        Leaving a balance on hand of[1]    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GINA B. KROL_____
                                 Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    1

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-29951    DRC    Judge: Donald R. Cassling | |
| Case Name: | CORBEILLE, CURTIS P | |
| For Period Ending: | 09/03/14 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 08/14/09 (f) |
| 341(a) Meeting Date: | 09/22/09 |
| Claims Bar Date: | 12/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 177,500.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 350.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Stock in Merrill Lynch account | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Stock in Semgroup Energy Partners | Unknown | 0.00 | | 0.00 | FA |
| 8. Retainer in Attorney Trust Account | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. FRAUD, CONVEYANCE (u) | 0.00 | 275,000.00 | | 115,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 16.65 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $182,650.00          $275,000.00                    $115,016.65          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TFR

October 17, 2013, 02:20 pm

Initial Projected Date of Final Report (TFR): 12/31/10          Current Projected Date of Final Report (TFR): 03/31/14

/s/    GINA B. KROL

_____    Date: 09/03/14

GINA B. KROL

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-29951  -DRC |
|---|---|
| Case Name: | CORBEILLE, CURTIS P |

Taxpayer ID No:   *******0884
For Period Ending: 09/03/14

Trustee Name:    GINA B. KROL
Bank Name:    BANK OF AMERICA, N.A.
Account Number / CD #:    *******3837  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/10 | 9 | Tershcan, Steinle & Ness | Settlement of Fraudulent Conveyance | 1241-000 | 115,000.00 | | 115,000.00 |
| | | 309 N. Water St., Ste. 215 | | | | | |
| | | Milwaukee, WI  53202 | | | | | |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 3.62 | | 115,003.62 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.88 | | 115,008.50 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.88 | | 115,013.38 |
| 02/07/11 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 97.56 | 114,915.82 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.88 | | 114,916.70 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.98 | | 114,917.68 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.94 | | 114,918.62 |
| 05/16/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.47 | | 114,919.09 |
| 05/16/11 | | Transfer to Acct #*******3992 | Final Posting Transfer | 9999-000 | | 114,919.09 | 0.00 |

| Account *******3837 | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 115,000.00 | | 1 | Checks | 97.56 |
| 7 | Interest Postings | 16.65 | | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 114,919.09 |
| | Subtotal | $ 115,016.65 | | | | |
| | | | | | Total | $ 115,016.65 |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 115,016.65 | | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

LFORM2T4

Ver: 18.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-29951 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | CORBEILLE, CURTIS P | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3992  BofA - Checking Account |
| Taxpayer ID No: | *******0884 | | |
| For Period Ending: | 09/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/11 | | Transfer from Acct #*******3837 | Transfer In From MMA Account | 9999-000 | 114,919.09 | | 114,919.09 |
| 05/17/11 | 003001 | Clerk of US Bankruptcy Court | Filing Fees for 10-1257 and 10-2432 | 2990-000 | | 500.00 | 114,419.09 |
| | | 219 S. Dearborn St. | | | | | |
| | | 7th Floor | | | | | |
| | | Chicago, IL 60604 | | | | | |
| 05/17/11 | 003002 | James Halron | Payment of Secured claim per Order | 4220-000 | | 80,000.00 | 34,419.09 |
| | | c/o Aaron Davis | | | | | |
| | | Bryan Cave LLP | | | | | |
| | | 161 N. Clark St., Ste. 4300 | | | | | |
| | | Chicago, IL 60601 | | | | | |
| 05/17/11 | 003003 | Mr. Richard Hirsh | Attorneys Fees per Court Order | 3210-000 | | 25,419.09 | 9,000.00 |
| | | 1500 Eisenhower Lane | | | | | |
| | | Suite 800 | | | | | |
| | | Lisle, IL 60532 | | | | | |
| 05/17/11 | 003004 | Gina B. Krol | Trustee Fees per Court Order | 2100-000 | | 9,000.00 | 0.00 |
| | | 105 W. Madison St., Ste. 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |

| Account *******3992 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 4 | Checks | 114,919.09 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 114,919.09 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 114,919.09 | | | |
| | Total | $ 114,919.09 | | | |

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-29951  -DRC | |
| Case Name: | CORBEILLE, CURTIS P | |

Taxpayer ID No:   *******0884
For Period Ending:   09/03/14

Trustee Name:   GINA B. KROL
Bank Name:   BANK OF AMERICA, N.A.
Account Number / CD #:   *******3992  BofA - Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Report Totals | | Balance Forward | | 0.00 | | | |
| | | 1 | Deposits | | 115,000.00 | 5 | Checks | 115,016.65 |
| | | 7 | Interest Postings | | 16.65 | 0 | Adjustments Out | 0.00 |
| | | | | | | 1 | Transfers Out | 114,919.09 |
| | | | Subtotal | $ | 115,016.65 | | | |
| | | | | | | | Total | $   229,935.74 |
| | | 0 | Adjustments In | | 0.00 | | | |
| | | 1 | Transfers In | | 114,919.09 | | | |
| | | | Total | $ | 229,935.74 | | Net Total Balance | $        0.00 |

Trustee's Signature:                                            Date: 09/03/14

/s/    GINA B. KROL
GINA B. KROL

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 24, 2014

Case Number:    09-29951
Debtor Name:    CORBEILLE, CURTIS P
Claims Bar Date: 12/14/10

Claim Number Sequence

Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 2100-00 | Gina B. Krol 105 W. Madison St. Ste. 1100 Chicago, IL 60602 | Administrative | | $9,000.00 | $9,000.00 | $0.00 |
| 001 3210-60 | Mr. Richard Hirsh | Administrative | | $25,419.09 | $25,419.09 | $0.00 |
| 000001 070 7100-90 | Chase Bank USA NA PO BOX 15145 Wilmington, DE 19850-5145 | Unsecured | | $15,118.06 | $0.00 | $15,118.06 |
| 000002 070 7100-00 | Brabazon Law Office PO Box 11213 221 Packerland Drive Green Bay, WI 54303-1213 | Unsecured | | $5,622.55 | $0.00 | $5,622.55 |
| 000003 070 7100-00 | PCM Employee Credit Union PO Box 28500 Green Bay, WI 54324-0500 | Unsecured | | $20,597.08 | $0.00 | $20,597.08 |
| 000004 070 7100-00 | Habersham Bank PO Box 1980 Cornelia, GA 30531 | Unsecured | | $3,924.76 | $0.00 | $3,924.76 |
| 000005A 050 4220-00 | James M. Halron Attorney Jeffrey F Jaekels, SC Wanezek & Jaekels, SC PO Box 22250 Green Bay, WI 54305-2250 | Secured | | $80,000.00 | $80,000.00 | $0.00 |
| 000005B 070 7100-00 | James M. Halron Attorney Jeffrey F Jaekels, SC Wanezek & Jaekels, SC PO Box 22250 Green Bay, WI 54305-2250 | Unsecured | | $375,000.00 | $0.00 | $375,000.00 |
| 000006 070 7100-90 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured | | $3,625.45 | $0.00 | $3,625.45 |
| BOND 999 2300-00 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | | $97.56 | $97.56 | $0.00 |
| | Case Totals: | | | $538,404.55 | $114,516.65 | $423,887.90 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-29951 DRC
Case Name: CORBEILLE, CURTIS P
Trustee Name: GINA B. KROL

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | James M. Halron Attorney Jeffrey F Jaekels, SC Wanezek & Jaekels, SC PO Box 22250 Green Bay, WI 54305-2250 | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                               $_____


Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Mr. Richard Hirsh | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                               $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000002 | Brabazon Law Office<br>PO Box 11213<br>221 Packerland Drive<br>Green Bay, WI 54303-1213 | $ | $ | $ |
| 000003 | PCM Employee Credit Union<br>PO Box 28500<br>Green Bay, WI 54324-0500 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Habersham Bank<br>PO Box 1980<br>Cornelia, GA 30531 | $ | $ | $ |
| 000006 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE