UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CORBEILLE, CURTIS P | § | Case No. 09-29951 DRC |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
           KENNETH S. GARDNER
           219 S. Dearborn Street
           Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/31/2014 in Courtroom 241,
           Kane County Courthouse
           100 S. Third Street
           Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/06/2014           By: CLERK OF BANKRUPTCY COURT
                                          Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
CORBEILLE, CURTIS P                 §    Case No. 09-29951 DRC
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 115,016.65 |
| and approved disbursements of | $ | 115,016.65 |
| leaving a balance on hand of[1] | $ | 0.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000005A | James M. Halron Attorney Jeffrey F Jaekels, SC Wanezek & Jaekels, SC PO Box 22250 Green Bay, WI 54305-2250 | $ 125,000.00 | $ 80,000.00 | $ 80,000.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 9,000.00 | $ 9,000.00 | $ 0.00 |
| Other: International Sureties Ltd. | $ 97.56 | $ 97.56 | $ 0.00 |
| Other: Mr. Richard Hirsh | $ 25,419.09 | $ 25,419.09 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses      $_____0.00

Remaining Balance      $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 48,887.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 15,118.06 | $ 0.00 | $ 0.00 |
| 000002 | Brabazon Law Office<br>PO Box 11213<br>221 Packerland Drive<br>Green Bay, WI 54303-1213 | $ 5,622.55 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | PCM Employee Credit Union<br>PO Box 28500<br>Green Bay, WI 54324-0500 | $ 20,597.08 | $ 0.00 | $ 0.00 |
| 000004 | Habersham Bank<br>PO Box 1980<br>Cornelia, GA 30531 | $ 3,924.76 | $ 0.00 | $ 0.00 |
| 000006 | Midland Funding LLC<br>By its authorized agent<br>Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | $ 3,625.45 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    0.00

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

　　　　　　　　　　　　Prepared By: /s/GINA B. KROL
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                        Case No. 09-29951-DRC
Curtis P Corbeille                                            Chapter 7
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1        User: dgomez              Page 1 of 2        Date Rcvd: Oct 07, 2014
                            Form ID: pdf006           Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 09, 2014.
db           #+Curtis P Corbeille,    15 W. Franklin Avenue,    Naperville, IL 60540-4524
14322075     +Brabazon Law Office,    PO Box 11213,    221 Packerland Drive,    Green Bay, WI 54303-4850
14322076     +Central Mortgage Co. - GMAC,    Attention:  Bankruptcy Dept.,    1100 Virginia Drive,
               Fort Washington, PA 19034-3204
14322078     +Chase,   Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
16176664      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14322080     +Habersham Bank,    PO Box 1980,    Cornelia, GA 30531-7905
14322083      James M. Halron,    Attorney Jeffrey F Jaekels, SC,    Wanezek & Jaekels, SC,    PO Box 22250,
               Green Bay, WI 54305-2250
14322082     +James M. Halron,    c/o Avram D. Berk, PO Box 2700,    200 East College Avenue,
               Appleton, WI 54911-5713
14322084     +Liebmann, Conway, et al.,    PO Box 23200,    231 South Adams Street,    Green Bay, WI 54301-4513
14322086     +Mansfield Oil Company,    c/o Wm Bradford Puryear,    1025 Airport Parkway, S.W.,
               Gainesville, GA 30501-6833
14322089      National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
14322091     +Smiley, Bishop & Porter,    c/o J. Michael Bishop,    1050 Crowne Pointe Pkwy #1250,
               Atlanta, GA 30338-7716
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14322079     +E-mail/Text: bankruptcy@cmacommunities.com Oct 08 2014 02:05:49
               Chattahoochee River Club c/o CMA,    1465 Northside Drive,    Suite 128,
               Atlanta, GA 30318-4220
16473734      E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2014 02:09:39      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
14322081      E-mail/Text: cio.bncmail@irs.gov Oct 08 2014 02:03:37      Internal Revenue Service,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114
14322085     +E-mail/PDF: gecsedi@recoverycorp.com Oct 08 2014 02:08:21      Lowes / MBGA,
               Attention:  Bankruptcy Department,    PO Box 103106,    Roswell, GA 30076-9106
19930713      E-mail/PDF: rmscedi@recoverycorp.com Oct 08 2014 02:07:16      Midland Funding LLC,
               By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
14322090      E-mail/Text: lenz@pcmcu.com Oct 08 2014 02:03:32      PCM Employee Credit Union,    PO Box 28500,
               Green Bay, WI 54324-0500
19930714      E-mail/PDF: rmscedi@recoverycorp.com Oct 08 2014 02:08:41
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
14322092     +E-mail/Text: Bankruptcy-Notifications@we-energies.com Oct 08 2014 02:03:19      WI Electric,
               Attention:  Bankruptcy,    PO Box 2046,    Milwaukee, WI 53201-2046
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Richard L. Hirsh & Associates, P.C.
14322077*     +Central Mortgage Co. - GMAC,    Attention:  Bankruptcy Dept.,    1100 Virginia Drive,
               Fort Washington, PA 19034-3204
14322087*     +Mansfield Oil Company,    c/o Wm Bradford Puryear,    1025 Airport Parkway, S.W.,
               Gainesville, GA 30501-6833
14322088*     +Mansfield Oil Company,    c/o Wm Bradford Puryear,    1025 Airport Parkway, S.W.,
               Gainesville, GA 30501-6833
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2014                                    Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dgomez                 Page 2 of 2              Date Rcvd: Oct 07, 2014
                              Form ID: pdf006              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2014 at the address(es) listed below:
              Aaron   Davis    on behalf of Plaintiff James M. Halron aaron.davis@bryancave.com,
               CHDocketing@bryancave.com;kathryn.flaherty@bryancave.com;thomas.schell@bryancave.com
              Aaron   Davis    on behalf of Defendant James M. Halron aaron.davis@bryancave.com,
               CHDocketing@bryancave.com;kathryn.flaherty@bryancave.com;thomas.schell@bryancave.com
              Aaron   Davis    on behalf of Creditor James M. Halron aaron.davis@bryancave.com,
               CHDocketing@bryancave.com;kathryn.flaherty@bryancave.com;thomas.schell@bryancave.com
              Eric S. Prezant    on behalf of Creditor James M. Halron eric.prezant@bryancave.com
              Eric S. Prezant    on behalf of Defendant James M. Halron eric.prezant@bryancave.com
              Eric S. Prezant    on behalf of Plaintiff James M. Halron eric.prezant@bryancave.com
              Gina B Krol     gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph E Cohen     on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Josephine J Miceli    on behalf of Creditor   GMAC Mortgage, LLC jmiceli@fisherandshapirolaw.com
              Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
              Richard L Hirsh    on behalf of Plaintiff Gina B. Krol richala@sbcglobal.net,  rlhpc2@sbcglobal.net
              Richard L Hirsh    on behalf of Trustee Gina B Krol richala@sbcglobal.net,  rlhpc2@sbcglobal.net
              Richard L. Hirsh    on behalf of Plaintiff Gina B. Krol richala@sbcglobal.net,
               rlhpc2@sbcglobal.net
              Rodney   Perry    on behalf of Defendant James M. Halron rrperry@bryancave.com,
               dhefta@bryancave.com;CHDocketing@bryancave.com
              Rodney   Perry    on behalf of Plaintiff James M. Halron rrperry@bryancave.com,
               dhefta@bryancave.com;CHDocketing@bryancave.com
              Teresa L. Einarson    on behalf of Defendant Elisa  Barone-Corbeille tle@konewkoandassoc.com,
               terryeinarson@yahoo.com
              William D Cherny     on behalf of Debtor Curtis P Corbeille bill@chernylaw.com
              William D Cherny     on behalf of Defendant Curtis P Corbeille bill@chernylaw.com
              Yan   Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com,  law_4321@yahoo.com
                                                                                             TOTAL: 20
```