UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CORBEILLE, CURTIS P § Case No. 09-29951 DRC
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/GINA B. KROL_____
                                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Central Mortgage Co. - GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Mortgage Co. - GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | JAMES HALRON | | | | | |
| 000005A | JAMES M. HALRON | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| CLERK OF US BANKRUPTCY COURT | | | | | |
| MR. RICHARD HIRSH | | | | | |
| MR. RICHARD HIRSH | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chattahoochee River Club c/o CMA 1465 Northside Drive Suite 128 Atlanta, GA 30318 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Liebmann, Conway, et al. PO Box 23200 231 South Adams Street Green Bay, WI 54305-3200 | | | | | |
| | Mansfield Oil Company c/o Wm Bradford Puryear 1025 Airport Parkway, S.W. Gainesville, GA 30501 | | | | | |
| | Smiley, Bishop & Porter c/o J. Michael Bishop 1050 Crowne Pointe Pkwy #1250 Atlanta, GA 30338 | | | | | |
| | WI Electric Attention: Bankruptcy PO Box 2046 Milwaukee, WI 53201 | | | | | |
| 000002 | BRABAZON LAW OFFICE | | | | | |
| 000004 | HABERSHAM BANK | | | | | |
| 000005B | JAMES M. HALRON | | | | | |
| 000003 | PCM EMPLOYEE CREDIT UNION | | | | | |
| 000001 | CHASE BANK USA NA | | | | | |
| 000006 | MIDLAND FUNDING LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-29951 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CORBEILLE, CURTIS P | | | Date Filed (f) or Converted (c): | 08/14/09 (f) |
| | | | | 341(a) Meeting Date: | 09/22/09 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 12/14/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate | 177,500.00 | 0.00 | | 0.00 | FA |
| 2. BANK ACCONTS | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 350.00 | 0.00 | | 0.00 | FA |
| 4. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 5. Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Stock in Merrill Lynch account | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Stock in Semgroup Energy Partners | Unknown | 0.00 | | 0.00 | FA |
| 8. Retainer in Attorney Trust Account | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. FRAUD, CONVEYANCE (u) | 0.00 | 275,000.00 | | 115,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 16.65 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $182,650.00 | $275,000.00 | | $115,016.65 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed

October 06, 2014, 11:43 am

Trustee submitted TFR

September 24, 2014, 12:24 pm

Trustee to prepare TFR

October 17, 2013, 02:20 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 09-29951    DRC    Judge: Donald R. Cassling | Trustee Name:    GINA B. KROL |
| Case Name: | CORBEILLE, CURTIS P | Date Filed (f) or Converted (c):    08/14/09 (f) |
| | | 341(a) Meeting Date:    09/22/09 |
| | | Claims Bar Date:    12/14/10 |

Initial Projected Date of Final Report (TFR): 12/31/10        Current Projected Date of Final Report (TFR): 03/31/14

    /s/    GINA B. KROL
_____ Date: 01/26/15
    GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-29951 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CORBEILLE, CURTIS P | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3837 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0884 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/04/10 | 9 | Tershcan, Steinle & Ness<br>309 N. Water St., Ste. 215<br>Milwaukee, WI 53202 | Settlement of Fraudulent Conveyance | 1241-000 | 115,000.00 | | 115,000.00 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 3.62 | | 115,003.62 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.88 | | 115,008.50 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.88 | | 115,013.38 |
| 02/07/11 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 97.56 | 114,915.82 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.88 | | 114,916.70 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.98 | | 114,917.68 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.94 | | 114,918.62 |
| 05/16/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.47 | | 114,919.09 |
| 05/16/11 | | Transfer to Acct #*******3992 | Final Posting Transfer | 9999-000 | | 114,919.09 | 0.00 |

| Account *******3837 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 1 | Deposits | | 115,000.00 | 1 | Checks | 97.56 |
| 7 | Interest Postings | | 16.65 | 0 | Adjustments Out | 0.00 |
| | Subtotal | $ | 115,016.65 | 1 | Transfers Out | 114,919.09 |
| | | | | | Total | $ 115,016.65 |
| 0 | Adjustments In | | 0.00 | | | |
| 0 | Transfers In | | 0.00 | | | |
| | Total | $ | 115,016.65 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-29951 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | CORBEILLE, CURTIS P | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3992 BofA - Checking Account |
| Taxpayer ID No: | *******0884 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/11 | | Transfer from Acct #*******3837 | Transfer In From MMA Account | 9999-000 | 114,919.09 | | 114,919.09 |
| 05/17/11 | 003001 | Clerk of US Bankruptcy Court<br>219 S. Dearborn St.<br>7th Floor<br>Chicago, IL 60604 | Filing Fees for 10-1257 and 10-2432 | 2990-000 | | 500.00 | 114,419.09 |
| 05/17/11 | 003002 | James Halron<br>c/o Aaron Davis<br>Bryan Cave LLP<br>161 N. Clark St., Ste. 4300<br>Chicago, IL 60601 | Payment of Secured claim per Order | 4220-000 | | 80,000.00 | 34,419.09 |
| 05/17/11 | 003003 | Mr. Richard Hirsh<br>1500 Eisenhower Lane<br>Suite 800<br>Lisle, IL 60532 | Attorneys Fees per Court Order | 3210-000 | | 25,419.09 | 9,000.00 |
| 05/17/11 | 003004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Trustee Fees per Court Order | 2100-000 | | 9,000.00 | 0.00 |

| Account *******3992 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- |
| 0 | Deposits | 0.00 | 4 | Checks | 114,919.09 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 114,919.09 |
| 1 | Transfers In | 114,919.09 | | | |
| | Total | $ 114,919.09 | | | |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 18.03b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-29951 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CORBEILLE, CURTIS P | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3992 BofA - Checking Account |
| Taxpayer ID No: | *******0884 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | | | |
| | 1 | Deposits | 115,000.00 | 5 | Checks | 115,016.65 |
| | 7 | Interest Postings | 16.65 | 0 | Adjustments Out | 0.00 |
| | | | | 1 | Transfers Out | 114,919.09 |
| | | Subtotal | $ 115,016.65 | | | |
| | | | | | Total | $ 229,935.74 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 114,919.09 | | | |
| | | Total | $ 229,935.74 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 01/26/15
GINA B. KROL

LFORM2T4 UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 18.03b